*de Guzmán Benítez* for petitioner. *Mr. Rossy, fiscal,* for respondent.

---

No. 29. Hernández *v.* The Judge of the District Court of Mayagüez.—Application for the writ of *certiorari.* Decided June 29, 1907. Application denied. *Mr. Texidor* for petitioner.

---

No. 125 *bis.* Pérez *v.* The Justice of the Peace of Comerío.—Application for writ of *mandamus.* Decided June 29, 1907. Application denied on the grounds set forth in the opinion rendered in the case of *Negrón et al.* v. *Supervisor of Elections.* Decided November 5, 1906. *Mr. Benítez Castaños* for petitioner.

---

No. 128. Fernández *v.* The Judge of the District Court of San Juan, Second Section.—Application for writ of *mandamus.* Decided July 29, 1907. Application denied. *Mr. López Landrón* for petitioner.

---

No. 16. Ex parte Manso.—Application for writ of *habeas corpus.* Decided July 31, 1907. Application denied. *Mr. Figueroa Maestre* for petitioner.

---

No. 16. Delgado *v.* The Registrar of Property of Mayagüez.—Appeal from a decision of the registrar of property. Withdrawn August 2, 1907. The appellant appears in his own behalf.

---

No. 17. Ex parte Sifonte.—Application for writ of *habeas*